AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Elijah M. ROBINSON<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:18-mj-738<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 26, 2018  in the county of  Franklin  in the Southern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Majewski, ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sept. 26, 2018

*Judge's signature*

City and state: Columbus, OH

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

I, Christopher Majewski, being duly sworn, depose and state that:

I have been a Parole Officer with the Ohio Department of Rehabilitation and Correction since 2015. I have been a Task Force Officer (TFO) with the United States Department of Justice, Bureau of Alcohol, Tobacco Firearms, and Explosives since February 2017. I am familiar with State and Federal criminal laws pertaining to firearms and narcotics violations.

1. This affidavit is made in support of a criminal complaint against Elijah Marquan ROBINSON, DOB: 12/31/1995) for a violation of Title 18, United States Code, Section 922(g)(1): Possession of a firearm and/or ammunition by a convicted felon. The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, consultation with Columbus Division of Police (CPD) Detectives / ATF Task Force Officers who are assisting directly in this investigation, review of related police reports, and other sources of information relative to firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

2. On or about 10/07/2014, ROBINSON entered a guilty plea in the Franklin County Court of Common Pleas, Case Number 14CR2025, for Robbery, a felony of the 2nd degree; This offense was punishable by a prison term exceeding one (1) year.

3. On or about 9/25/2018, at 4605 Refugee Road, Columbus, Ohio, ROBINSON and his girlfriend, Kalea Blair were victims of a felonious assault. ROBINSON sustained two gunshot wounds to his left buttocks area. Kalea Blair was not injured during the incident.

4. Kalea Blair was interviewed about the incident and during the interview Blair informed that during the felonious assault she returned fire at the suspects that were shooting at her. Blair also informed that ROBINSON also returned fire with her firearm.

5. ROBINSON was interviewed about the incident and during the incident ROBINSON stated that his DNA would be on the firearm because he handled the firearm at Blair's residence earlier that day.

6. TFO Majewski received a verbal Interstate Nexus Determination which was conducted by ATF Special Agent James Bajus on the aforementioned firearm to determine the origin and status as to travel in interstate and/or foreign commerce. SA Bajus is an ATF Interstate Nexus Expert, is a graduate of the ATF Firearms Interstate Nexus Training School, and is certified in making firearms and ammunition interstate nexus determinations. SA Bajus determined that the aforementioned firearm, specifically the Springfield, model: XD 9, 9mm caliber pistol bearing serial number:GM841245, seized from ROBINSON's possession on or about 9/26/2018, was not manufactured in the State of Ohio and therefore moved/affected interstate/foreign commerce to arrive in the State of Ohio.

7. The aforementioned offense occurred in Franklin County, Ohio, in the Southern Judicial District

of Ohio.

8. Based upon the aforementioned information and events, and your affiant's training and experience in dealing with Federal firearms violations, your affiant believes that probable cause exists to believe that before or around 9/26/2018, Elijah Marquan ROBINSON, a previously convicted felon, did possess a firearm which was not manufactured in the state of Ohio and therefore travelled in and/or affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Christopher Majewski, ATF Task Force Officer

Sworn to before me and signed in my presence.

_____
Elizabeth A. Preston Deavers
U.S. MAGISTRATE JUDGE

_____
September 26, 2018
Date